# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00412-CV

**R. Z., a/k/a R. L., a/k/a R. G., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY,
## NO. D-1-FM-13-001602, THE HONORABLE TIM SULAK, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant R.Z., a/k/a R.L., a/k/a R.G. filed her notice of appeal on June 24, 2014. The appellate record was complete July 10, 2014, making appellant's brief due July 30, 2014. On July 28, 2014, counsel for appellant filed a motion for extension of time to file appellant's brief.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion in part and order counsel to file appellant's brief no later than August 19, 2014. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on August 4, 2014.

Before Chief Justice Jones, Justices Rose and Goodwin